UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE BROWNLEE,<br><br>        Petitioner,<br><br>    v.<br><br>R. J. RACKLEY,<br><br>        Respondents. | Case No.: 1:15-cv-01610-DAD-JLT<br><br>ORDER DISREGARDING PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL<br>(Doc. 16) |

On December 15, 2015, the Court entered judgment denying the petition. (Docs. 14; 15) However, on December 24, 2015, Petitioner filed the instant motion for appointment of counsel. Since the case was already closed and the petition dismissed prior to the filing of said motion, the Court will disregard it as moot. Thus, Petitioner's motion for appointment of counsel (Doc. 16) is **DISREGARDED** as **MOOT**.

IT IS SO ORDERED.

    Dated:   **August 17, 2016**           **/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE